## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:   Arsenio J Razo       )      Chapter 13
                            )      Case No. 19 B 30411
       Debtor(s)         )      Judge Timothy A Barnes

## Notice of Motion

Arsenio J Razo
7727 Neenah Ave
Burbank, IL  60459

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

>  Dirksen Federal Building
>  219 South Dearborn
>  Courtroom 744
>  Chicago, IL  60604

On February 27, 2020 at 10:30 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, January 31, 2020.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1.  Debtor(s) filed for Chapter 13 on 10/25/2019.

2.  The debtor(s) have failed to amend schedule H to list co-signed debt.

3.  The debtor failed to provide proof of lines 16 and 21 on the 122C-2 form.

4.  The debtor failed to file a feasible plan.

5.  The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE