# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | February 27, 2020 |
| **Bankruptcy Case** | 19 B 30411 | **Adversary No.** | |
| **Title of Case** | Arsenio J Razo | | |

**Brief Statement of Motion:** Debtor's Objection To Claim Of Comenity Capital Bank (Claim No. 9)

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Debtor shall file a supplement or amended objection to claim on or before March 12, 2020.

Response due on or before March 26, 2020.

Hearing continued to April 9, 2020 at 10:30 a.m. in courtroom 744.

*[signature]* AH