## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable:** Timothy A. Barnes

**Hearing Date:** February 27, 2020

**Bankruptcy Case:** 19 B 30411

**Adversary No.:**

**Title of Case:** Arsenio J Razo

**Brief Statement of Motion:** Debtor's Objection To Claim Of Portfolio Recovery Associates, LLC (Claim No. 6)

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Debtor shall file a supplement or amended objection to claim on or before March 12, 2020.

Response due on or before March 26, 2020.

Hearing continued to April 9, 2020 at 10:30 a.m. in courtroom 744.

/s/ signed