## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re: ) Case No.: 19-30411
)
Arsenio Razo, ) Chapter 13
)
    Debtor(s) ) Judge: Barnes
)

### AFFIDAVIT IN SUPPORT OF OBJECTION TO CLAIM

I, Arsenio Razo, state that:

1. I am the Debtor in this bankruptcy proceeding.
2. I acquired the debt eventually purchased by Comenity Capital Bank in furtherance of a purchase of a timeshare in the Dominican Republic.
3. While in the Dominican Republic, I was solicited to purchase a time share. The parties selling the timeshare informed me that they would be applying for credit cards in my name to purchase the timeshare.
4. I was informed that the payments in relation to the timeshare would be less than $300 per month.
5. I relied on this representation made by the representative who appeared to be representing the credit card companies as well.
6. Based on my reliance of a monthly price to pay for the timeshare, I granted permission to apply for the credit card.
7. I did not receive a bill until returning home.
8. The bill I received for the credit cards required payments of at least $530 per month, far in excess of the amount I was promised.
9. Accordingly, the statements I relied on to make this purchase were fraudulent.

_____
Arsenio Razo

Subscribed and sworn to before me this _11_ day of _March_, 2020.

_____
Notary Public

CHAVEZ EPPS
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 29, 2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-30411 |
| | ) | |
| Arsenio Razo, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge: Barnes |
| | ) | |

## AFFIDAVIT IN SUPPORT OF OBJECTION TO CLAIM

I, Edith Luna Coronel, state that:

1. I am the wife of Debtor in this bankruptcy proceeding.
2. My husband acquired the debt eventually purchased by Comenity Capital Bank in furtherance of a purchase of a timeshare in the Dominican Republic.
3. While in the Dominican Republic, I was with my husband when he was solicited to purchase a time share. The parties selling the timeshare informed us that they would be applying for credit cards in my husband's name to purchase the timeshare.
4. We were informed that the payments in relation to the timeshare would be less than $300 per month.

_____
Edith Luna Coronel

Subscribed and sworn to before me this 11th day of March, 2020.

_____
Notary Public

LINDA M MERKYS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 14, 2022