UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-30411 |
| Arsenio Razo | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DISALLOWING CLAIM OF
PORTFOLIO RECOVERY ASSOCIATES, LLC (CLAIM NO. 6)**

THIS MATTER coming before the Court on Debtor's Objection to the Claim of the Portfolio Recovery Associates, LLC (Claim No. 6), the Court being advised in the premises, IT IS HEREBY ORDERED that the Claim of the Portfolio Recovery Associates, LLC (Claim No. 6) is hereby disallowed.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  April 09, 2020

**Prepared by:**